Clayton Cook-Mowery #41110  Hon. Judge Timothy W. Dore
Advantage Legal Group  Chapter 13
12207 NE 8th Street
Bellevue WA 98005

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| Julian FLORES | **ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN** |
| Debtor, | |
| Julian FLORES | |
| Plaintiff, | |
| vs. | Case No.: 11-20512 |
| City National Bank | Adversary No. _____ |
| Defendant | |

## ADVERSARY COMPLAINT SEEKING

## LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN

NOW COME, The Plaintiff, Julian Flores, by and through his attorney Clayton Cook-Mowery of Advantage Legal Group, and for the purpose of this complaint alleges the following:

1. This adversary proceeding arises out of Plaintiff's Chapter 13 case now pending before this Court. This Court has jurisdiction to consider the matters herein pursuant to 28 U.S.C. §§ 157 and

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 1 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005

1334 and 11 U.S.C § 506 and 1322. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (K), and (O).

2. Plaintiff is natural person living in Federal Way, King County, Washington.

3. Defendant City National Bank is a corporation licensed to do business, and actually doing business within the State of Washington.

4. Plaintiff is the owner of a parcel of real estate located in Seattle, King County, Washington: (1) commonly described as 30414 1st Place South, Federal Way, WA 98003 (2) legally described as Lot 26, Holiday Park No. 2, Vol. 68, page 75, located in Seattle, King County, Washington.

5. Prior to the filing of this bankruptcy case, Plaintiff allegedly executed a second lien in favor of Defendant, or Defendant's predecessor, evidencing a loan by Defendant and recorded in the King County, Washington real estate records.

6. On the date of filing of Plaintiffs' Chapter 13 Petition, September 1, 2011, Plaintiff was allegedly indebted to Defendant or its successors and/or assigns under such instrument in the approximate sum of $43,923.00 for the second lien. See Schedule D.

7. On the date of filing of Plaintiffs' Chapter 13 Petition, the value of Plaintiffs' real property described above was $138,900.00, as stated in Schedule A of Plaintiffs'/Debtors' bankruptcy. On that date, the debt owing to senior lienholder JPMorgan Chase, was approximately $177,293.00. See Schedule D. Total senior liens to Defendant totaled $177,293.00.

9. No equity in Plaintiffs' real property exists to which Defendant's lien can attach. Therefore, pursuant 11 U.S.C. §§ 506 and 1322, and in re Zimmer, 313 F.3d 1220 (9th Cir. 2002), Plaintiff is entitled to "strip off" the lien held by Defendant so that such lien becomes voided and no longer remains a lien against Plaintiffs' real property.

**PRAYER FOR RELIEF**

ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 2 of 3

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005

WHEREFORE, Plaintiff prays for a judgment and order voiding the Defendant's deed of trust, adjudging that the note is no longer secured by the deed of trust against the above-described real property unless this Chapter 13 case is later dismissed prior to discharge, and for such other and further relief as this Court might deem just and equitable.

Respectfully submitted this 28th day of December, 2011.

/s/ Clayton Cook-Mowery

Clayton Cook-Mowery, WSBA #41110

Attorney for Plaintiffs/Debtors

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 3 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005