Clayton Cook-Mowery #41110  
Advantage Legal Group  
12207 NE 8th Street  
Bellevue WA 98005  

Hon. Judge Timothy W. Dore  
Chapter 13  

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| In Re:<br><br>Julian FLORES,<br><br>Debtor,<br><br>Julian FLORES,<br><br>Plaintiff,<br><br>vs.<br><br>City National Bank<br><br>Defendant | **DECLARATION**<br><br>Case No.: <u>11-20512</u><br><br>Adversary No. <u>11-02204</u> |
|---|---|

I, Julian Flores, being first duly sworn, do hereby depose and say under penalty of perjury:

1. I am the debtor named above and have personal knowledge of all matters set forth within.
2. My Chapter 13 case was filed September 1, 2011.
3. On the date of filing, my home located at 30414 1st Place South, Federal Way, WA 98003 was encumbered by senior liens in the amount of $177,293.00.
4. On the date of filing, my home was valued at $138,900.00.
5. This Declaration is offered in support of my request for entry of a Default Judgment voiding the wholly unsecured deed of trust in favor of City National Bank.
6. I declare under penalty of perjury that the foregoing is true and correct.

**DECLARATION - 1 of 2**

ADVANTAGE LEGAL GROUP  
12207 NE 8th Street  
Bellevue WA 98005

Respectfully submitted this 1st day of June, 2012.

/s/ Julian Flores
Julian Flores

**DECLARATION - 2 of 2**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005