**Below is the Judgment of the Court.**

_____

**Timothy W. Dore
U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>Julian FLORES,<br>Debtor, | **DEFAULT JUDGMENT**<br><br>Case No.: 11-20512 |
| Julian FLORES,<br>Plaintiff,<br>            vs.<br>City National Bank<br>Defendant | Adversary No. 11-02204 |

**THIS MATTER** comes before the Court of Plaintiff's ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIENS of City National Bank.

**BASED UPON** the Court's review of the complaint, the failure of the Defendant to respond, the Order of Default entered herein, and good cause appearing,

**DEFAULT JUDGMENT - 1 of 2**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005

**IT IS HEREBY ORDERED:**

That Defendant's Deed of Trust, recorded in King County, Washington real estate records against the property described as follows:

Commonly known as: 30414 1st Place South, Federal Way, WA 98003 and

Abbreviated legal description of Lot 26, Holiday Park No. 2, Volume 68, page 75, King County, Washington, is hereby void and no longer a lien against Plaintiff's real property above described, PROVIDED that if this case is dismissed or converted under Chapter 7, the avoided Deed of Trust is reinstated as a lien against the above described property.

As conclusive proof that Plaintiff's case was not converted or dismissed, and that the subject deed is forever voided, Plaintiff shall file with the appropriate King County agent a copy of the notice of completion of this case and/or discharge order.

The Defendant's claim, if filed, shall be treated as a general unsecured claim for the purposes of this Chapter 13.

/// End of Order ///

Presented by:
/s/ Clayton Cook-Mowery
Clayton Cook-Mowery, WSBA #41110
Attorney for Plaintiff/Debtor